UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHVINDER SINGH HAYER,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendants. | Case No. 1:19-cv-00297-EPG<br><br>ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(ECF No. 12) |

On October 28, 2019, the parties filed a stipulation to the extend the time by 28 days from October 23, 2019 to November 25, 2019 for Plaintiff to file an opening brief. (ECF No. 12.) The Court has reviewed the proposed stipulation and finds good cause to extend the opening brief filing deadline.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file her opening brief on or before November 25, 2019. All other deadlines in the current Scheduling Order are also extended accordingly.

IT IS SO ORDERED.

Dated: **October 29, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1