UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHVINDER SINGH HAYER,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00297-EPG<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE LATE BRIEF<br><br>(ECF NO. 15) |

    Plaintiff's Opening Brief in this matter was due on November 25, 2019, but Plaintiff did not file it. Instead, on November 25, 2019 Plaintiff filed an "Application to the Court for Leave to File a Late Brief." (ECF No. 15.) Plaintiff had previously secured an extension to file this brief, as the original due date was October 23, 2019. Plaintiff claims that counsel for Defendant has consented to a second extension.

    The Court has reviewed Plaintiff's application for an extension and finds good cause to extend the deadline for Plaintiff to file an Opening Brief. On or before November 27, 2019, Plaintiff shall file her Opening Brief. All other scheduling order deadlines are extended accordingly.

IT IS SO ORDERED.

    Dated: __**November 26, 2019**__          /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE